■ BERNARD MELTZER, Appellant, v JOHN S. WALLENSTEIN et al., Respondents, et al., Defendant. [643 NYS2d 432] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Hall, J. (Appeal from Order of Supreme Court, Suffolk County, Hall, J.—Vacate Default Judgment.) Present—Green, J. P., Lawton, Wesley, Doerr and Boehm, JJ.